Apr 14 15 10:29a    Case 2:94-cr-00224-JLQ   Document 93   Filed 04/14/15    p.1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBIN MULLER | ) | Case No: 2:94-CR-0224-001-JLQ |
| | ) | USM No: 89044-011 |
| Date of Original Judgment: 12/06/2007 | ) | |
| Date of Previous Amended Judgment: | ) | Andrea K. George, Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __123 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/06/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 14, 2015

Effective Date: __11/01/2015__
*(if different from order date)*

The Honorable Justin L. Quackenbush    Senior Judge, U.S. District Court
*Printed name and title*